AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western District of Michigan

UNITED STATES OF AMERICA

V.

RUSSELL J. GOULD

**WARRANT FOR ARREST**

Case Number: 1:05-MC-12

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

RUSSELL J. GOULD
Name  574009

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Recalcitrant witness.

in violation of Title 28 United States Code, Section(s) 1826

ROBERT HOLMES BELL
Name of Issuing Officer

Signature of Issuing Officer

Chief United States District Court Judge
Title of Issuing Officer

March 28, 2005 Grand Rapids, Michigan
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
05 NOV 28 PM 2:43

COPY

IN RE:

No.: 1:05-MC-12

Hon. Robert Holmes Bell
Chief Judge

Grand Jury 2004-1
(R.G., Witness)

_____/

## PETITION FOR COURT ORDER DIRECTING AN ARREST WARRANT ISSUE FOR A GRAND JURY WITNESS WHO FAILED TO APPEAR BEFORE THE GRAND JURY

Now come the United States of America, by its attorneys, Margaret M. Chiara, United States Attorney, and Donald A. Davis, Assistant United States Attorney, petition the Court to order the arrest of Russell J. Gould and that such person be held in custody pending his appearance before a Federal Grand Jury, and thereafter, until such time as Russell J. Gould complies with the lawful orders of the Grand Jury.

In support of this request the undersigned states:

1. Russell J. Gould was served a grand jury subpoena by Special Agent Carl W. Coffman, with the Internal Revenue Service - Criminal Investigation on January 18, 2005, requiring his appearance before the Grand Jury, with respect to the investigation of James David Darland and Clodella Ann Darland.

2. On January 19, 2005, Grand Jury 2004-1 convened and Russell J. Gould failed to appear and failed to contact any official with an appropriate explanation.

3. Following the nonappearance of Russell J. Gould, the Court granted a Petition for Order to Show Cause and ordered Russell J. Gould to appear before the Court on February 17, 2005.

4. Service upon Russell J. Gould was unsuccessful prior to the Show Cause of

February 17, 2005.

5.  Two successive requests for Petition for Order to Show Cause were requested by the Government, resulting in orders for Show Cause Hearings.

6.  On both consecutive dates set for Show Cause Hearings, service upon Russell J. Gould was again unsuccessful.

7.  The Government has reason to believe that Russell J. Gould may be present, as he has been identified as the "plenipotentiary" in several pleadings filed by the defendants in the case of United States of America vs. James David Darland and Clodella Ann Darland, Case No. 1:04-CR-87, scheduled for jury trial on November 29, 2005, before the Honorable Gordon J. Quist, United States District Court Judge.

8.  The Government has also obtained information indicating that Russell J. Gould had been in contact with the defendants in the above cited case, following their fugitive status on December 7, 2004.

9.  Pursuant to 28 U.S.C. § 1826, the Government requests an arrest warrant issue for Russell J. Gould, to Show Cause as to why he is not in contempt of court for his failure to comply with a grand jury subpoena served upon him.

Respectfully submitted,

MARGARET M. CHIARA
United States Attorney

Dated: November 28, 2005

A. A. Davis

DONALD A. DAVIS
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

No.: 1:05-MC-12

Hon. Robert Holmes Bell
Chief Judge

Grand Jury 2004-1
(R.G., Witness)

_____/

## ORDER DIRECTING AN ARREST WARRANT ISSUE
## FOR A GRAND JURY WITNESS
## WHO FAILED TO APPEAR BEFORE THE GRAND JURY

Upon petition of the United States, the Court Orders that an arrest warrant issue authorizing the United States Marshal and any other authorized United States Officer to arrest Russell J. Gould and bring him before this Court to show why he should not be held in contempt of court.

IT IS SO ORDERED.

Dated: November 28, 2005

ROBERT HOLMES BELL
Chief Judge
Western District of Michigan

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By: /s/
       Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date  11-28-05